JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANIELLE LYNETTE GRAY,
Plaintiff,
v.
BUZZMARKETING, LLC,
Defendant.

Case No. CV 26-4653 FMO (ASx)

**JUDGMENT**

Pursuant to the Court's Order Re: Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiff Danielle Lynette Gray, and against defendant Buzzmarketing, LLC d/b/a Fasttrack Relief, in the amount of $1,667.69.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 3rd day of November, 2026.

/s/
Fernando M. Olguin
United States District Judge